**Wilfredo Gonzalez LORA,**
**Plaintiff—Appellant,**

v.

**Thomas M. HOLLENHORST, Official Capacity; William Fitzpatrick, Official Capacity; Timothy McGrath, Official Capacity, Defendants—Appellees.**

No. 05–7658.

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2006.

Decided: Aug. 16, 2006.

Wilfredo Gonzalez Lora, Appellant Pro Se. Leslie Bonner McClendon, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's orders denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and his Fed. R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lora v. Hollenhorst,* No. CA–05–738–1 (E.D.Va. filed July 5, 2005 & entered July 6, 2005; filed Aug. 1, 2005 & entered Aug. 2, 2005). We deny Lora's motion to consolidate and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*